**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHEE-KET WONG, | No. 11-72856 |
| Petitioner, | Agency No. A077-074-977 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 14, 2013[**]

Before:    SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Chee-Ket Wong, a native and citizen of Malaysia, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's decision denying his application for withholding of removal.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).  Thus, we deny Wong's
request for oral argument.

We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir. 2009), and we deny the petition for review.

Wong does not contend that he suffered past persecution.  Rather, he contends that he faces a clear probability of future persecution based on his Christian religion and Chinese ethnicity.  Substantial evidence supports the BIA's finding that, even under a disfavored group analysis, Wong failed to show sufficient individualized risk to establish that it is more likely than not he would be persecuted if removed to Malaysia.  *See Halim v. Holder*, 590 F.3d 971, 979 (9th Cir. 2009); *Wakkary*, 558 F.3d at 1066 ("[a]n applicant for withholding of removal will need to adduce a considerably larger quantum of individualized-risk evidence to prevail than would an asylum applicant").  Accordingly, Wong's withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**